UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
LEE, TAE HYUNG § Case No. 11-06751
LEE, SEON AH §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/10/2013 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Kenneth S. Gardner_____
                                                                  Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LEE, TAE HYUNG § Case No. 11-06751
LEE, SEON AH §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,292.27 |
| and approved disbursements of | $ | 165.11 |
| leaving a balance on hand of[1] | $ | 9,127.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,679.23 | $ 0.00 | $ 1,679.23 |
| Trustee Expenses: Phillip D. Levey | $ 10.43 | $ 0.00 | $ 10.43 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,689.66 |
| Remaining Balance | $ | 7,437.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,943.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Heidner Property Management Company, Inc. | $ 23,374.64 | $ 0.00 | $ 3,346.86 |
| 000002 | Chase Bank USA, N.A. | $ 4,117.20 | $ 0.00 | $ 589.51 |
| 000003 | Capital One Bank (USA), N.A. | $ 3,949.13 | $ 0.00 | $ 565.45 |
| 000004 | Citibank, N.A. | $ 7,968.61 | $ 0.00 | $ 1,140.97 |
| 000005 | FIA Card Services, NA/Bank of America | $ 5,603.13 | $ 0.00 | $ 802.28 |
| 000006 | FIA Card Services, NA/Bank of America | $ 6,931.18 | $ 0.00 | $ 992.43 |

Total to be paid to timely general unsecured creditors $ 7,437.50

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey  
                    Trustee's Counsel

*Phillip D. Levey*  
*2722 North Racine Avenue*  
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 11-06751-CAD
Tae Hyung Lee                                                 Chapter 7
Seon Ah Lee
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: froman                Page 1 of 3            Date Rcvd: Mar 11, 2013
                              Form ID: pdf006             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2013.
db/jdb        #+Tae Hyung Lee,    Seon Ah Lee,    837 Tallgrass Drive,    Bartlett, IL 60103-5085
16846546      +Bank of America,    Acct#4313 0704 6806 8371,    P.O.Box 851001,    Dallas, TX 75285-1001
16846545      +Bank of America,    Acct#4888 9360 4493 4473,    P.O.Box 851001,    Dallas, TX 75285-1001
16846564      +Chase,   Acct#5582 5086 1249 0315,    P.O.Box 15153,    Wilmington, DE 19886-5153
16846543      +Chase,   Acct#4185 8705 7785 6805,    P.O. Box 15548,    Wilmington, DE 19886-5548
17283520       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16846561      +Christopher J. Goluba,    Acct#10 M3 3662,    399 Wall Street, UniteH,
                Glendale Heights, IL 60139-1987
17444891      +Citibank South Dakota NA,    Payment Center,    4740 121st St,    Urbandale, IA 50323-2402
17625331      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
16846559      +Client Services, Inc,    Acct#012277576,    3451 Harry Truman Blvd,    St. Charles, MO 63301-4047
16846541      +Codilis And Associates, P.C.,    ACCOUNT NO.10 CH 018757,    15W030 North Frontage Rd.,,
                Suite100,,    Burr Ridge, IL 60527-6921
16846537      +Fisher and Shapiro, LLC,    ACCOUNT NO. 10-038666,    2121 Waukegan Rd., Suite 301,,
                Bannockburn, IL 60015-1831
16846535      +Fisher and Shapiro, LLC,    ACCOUNT NO. 10-038917,    2121 Waukegan Rd., Suite 301,,
                Bannockburn, IL 60015-1831
17272023       Heidner Property Management Company, Inc.,     c/o Christopher J Goluba,    339 Wall Street, Unit H,
                Glendale Heights, IL 60139
16846565      +Integrity Financial Partners, Inc,    Acct#4185 8101 1837 2151,    P.O.Box 11530,
                Overland Park, KS 66207-4230
16846542      +John C. Bonewicz, P.C.,    Attorney at Law,    Acct#120002338781,
                8001 N. Lincoln Ave., Suite 402,,    Skokie, IL 60077-3657
16846536      +Johnson, Blumberg & Associates, LLC,    ACCOUNT NO. 10 CH 22148,
                230 W. Monroe Street, Suite 1125,    Chicago, IL 60606-4723
16846563      +Nationwide Credit, Inc,    Acct#5582 5086 3211 3673,    2015 Vaughn RD NW, STE 400,,
                Kennesaw GA 30144-7802
16846558      +Palatine Neighborhood Services Division,    Acct#Tae Hyung Lee,    200 East Wood Street,
                Palatine, IL 60067-5332
16846544      +Pentagroup Financial,LL,    Acct#004995456,    P.O.Box 742209,    Houston TX 77274-2209
16846538      +Pierce & Associates,    ACCOUNT NO. 10CH 20015,    1 North Dearborn,,    Chicago, IL 60602-4373
16846539      +Pierece & Associates,    ACCOUNT NO.10 CH 09574,    1 North Dearborn, Suite 1300,
                Chicago, IL 60602-4321
16846540      +Pierece & Associates,    ACCOUNT10 CH 10574,    1 North Dearborn, Suite 1300,
                Chicago, IL 60602-4321
16846549      +The Woods at Countryside Condo Association.,    C/O Hughes Management & Consulting Corp.,
                Acct#25209.00,    3060 N. Kennicott Ave.,,    Arlington Heights, IL 60004-1959
16846547      +The Woods at Countryside Condo Association.,    C/O Hughes Management & Consulting Corp.,
                Acct#26108.00,    3060 N. Kennicott Ave.,,    Arlington Heights, IL 60004-1959
16846553      +The Woods at Countryside Condo Association.,    C/O Hughes Management & Consulting Corp.,
                Acct#27114.00,    3060 N. Kennicott Ave.,,    Arlington Heights, IL 60004-1959
16846554      +The Woods at Countryside Condo Association.,    C/O Hughes Management & Consulting Corp.,
                Acct#35202.00,    3060 N. Kennicott Ave.,,    Arlington Heights, IL 60004-1959
16846557      +The Woods at Countryside Condo Association.,    C/O Hughes Management & Consulting Corp.,
                Acct#45205.00,    3060 N. Kennicott Ave.,,    Arlington Heights, IL 60004-1959
16846556      +The Woods at Countryside Condo Association.,    C/O Hughes Management & Consulting Corp.,
                Acct#55120.00,    3060 N. Kennicott Ave.,,    Arlington Heights, IL 60004-1959
16846555      +The Woods at Countryside Condo Association.,    C/O Hughes Management & Consulting Corp.,
                Acct#55217.00,    3060 N. Kennicott Ave.,,    Arlington Heights, IL 60004-1959
16846548      +The Woods at Countryside Condo Association.,    C/O Hughes Management & Consulting Corp.,
                Acct#95111.00,    3060 N. Kennicott Ave.,,    Arlington Heights, IL 60004-1959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16846560       E-mail/Text: bkr@cardworks.com Mar 12 2013 05:13:11      Advanta Bank Corp,
                Acct#5584 1800 1437 9666,    P.O. Box 8088,    Philadelphia, PA 19101
17293393       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2013 05:30:42      Capital One Bank (USA), N.A.,
                by American InfoSource LP as agent,    PO Box 248839,    Oklahoma City, OK   73124-8839
17602270       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2013 05:28:06
                FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
16846562      +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 12 2013 06:42:11      NCO Financial Systems Inc,
                Acct#4122 5100 4984 9493,    507 Prudential Road,,    Horsham, PA 19044-2308
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16846534     ##American Home Mortgage,    ACCOUNT NO.31889397,    10440 Little Patuxent Pkwy,    PO Box 905,
                Columbia, MD 210440905
16846552     ##+Bank of America,    Acct#4313 0709 9941,    P.O.Box 17054,    Wilmington, DE 19850-7054
16846551     ##+Life Wisdom,    Acct#Tae Hyung Lee,    12966 Euclid St., Suite 510,,    Garden Grove, CA 92840-9222
16846550     ##+Life Wisdom,    Acct#Seon Ah Lee,    12966 Euclid St., Suite 510,,    Garden Grove, CA 92840-9222
                                                                                   TOTALS: 0, * 0, ## 4
```

```
District/off: 0752-1           User: froman              Page 2 of 3            Date Rcvd: Mar 11, 2013
                               Form ID: pdf006           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2013**                          **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1              User: froman                Page 3 of 3                  Date Rcvd: Mar 11, 2013
                                  Form ID: pdf006             Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2013 at the address(es) listed below:

          Andrew E Houha    on behalf of Creditor    Green Tree Servicing, LLC andrew@johnsonblumberg.com,
           rocio@johnsonblumberg.com
          Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Dana N O'Brien    on behalf of Creditor    WELLS FARGO BANK dobrien@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Heather M Giannino    on behalf of Creditor    Homeward Residential, Inc.
           heathergiannino@hsbattys.com,    jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          Jane H Park    on behalf of Joint Debtor Seon Ah  Lee jane@miraelaw.com
          Jane H Park    on behalf of Debtor Tae Hyung  Lee jane@miraelaw.com
          Joel P Fonferko    on behalf of Creditor    JPMorgan Chase Bank, National Association
           ND-One@il.cslegal.com
          Lydia Y Siu    on behalf of Creditor    WELLS FARGO BANK lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
           plevey@ecf.epiqsystems.com
          Phillip D Levey, ESQ    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
                                                                               TOTAL: 11