UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| LEE, TAE HYUNG | § | Case No. 11-06751 |
| LEE, SEON AH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on              . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CITIBANK, N.A. | | | | | |
| 000001 | HEIDNER PROPERTY MANAGEMENT COMPANY | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-06751 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | LEE, TAE HYUNG | | | Date Filed (f) or Converted (c): | 02/21/11 (f) |
| | LEE, SEON AH | | | 341(a) Meeting Date: | 04/01/11 |
| For Period Ending: | 05/20/13 | | | Claims Bar Date: | 07/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 837 Tallgrass Bartlett, IL | 200,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. 1155 N. Sterling, #120, Palatinie, IL | 89,000.00 | 17,000.00 | | 0.00 | FA |
| 3. 1155 N. Sterling, #217, Palatine, IL | 89,000.00 | 9,000.00 | | 0.00 | FA |
| 4. 1025 Sterling, #108, Palatine, IL | 97,000.00 | 11,000.00 | | 0.00 | FA |
| 5. 1145 N. Sterling, #205, Palatine, IL | 89,000.00 | 14,000.00 | | 0.00 | FA |
| 6. 925 Sterling, #209, Palatine, IL | 115,000.00 | 16,000.00 | | 0.00 | FA |
| 7. 1095 Sterling, #111, Palatine, IL | 144,900.00 | 1,000.00 | | 0.00 | FA |
| 8. 935 Countryside, #202, Palatine, IL | 115,000.00 | 0.00 | | 0.00 | FA |
| 9. 1125 N. Sterling, #114, Palatine, IL | 88,000.00 | 0.00 | | 0.00 | FA |
| 10. MECU Checking Account | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 11. MECU Savings Account | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 12. Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. 2006 Toyota Sienna | 10,000.00 | 0.00 | | 0.00 | FA |
| 15. 1999 BMW 528i | 3,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 16. Income Tax Refunds (u) | Unknown | 0.00 | | 9,291.05 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.22 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,044,900.00 | $71,500.00 | | $9,292.27 | $3,500.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-06751    CAD    Judge: CAROL A. DOYLE | Trustee Name:    Phillip D. Levey |
| Case Name: | LEE, TAE HYUNG | Date Filed (f) or Converted (c):    02/21/11 (f) |
| | LEE, SEON AH | 341(a) Meeting Date:    04/01/11 |
| | | Claims Bar Date:    07/29/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/12      Current Projected Date of Final Report (TFR): 11/30/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-06751 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | LEE, TAE HYUNG | Bank Name: | ASSOCIATED BANK |
| | LEE, SEON AH | Account Number / CD #: | *******2861 Checking |
| Taxpayer ID No: | *******9662 | | |
| For Period Ending: | 05/20/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 9,157.80 | | 9,157.80 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.65 | 9,152.15 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.83 | 9,146.32 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.64 | 9,140.68 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.82 | 9,134.86 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 7.70 | 9,127.16 |
| 04/10/13 | 010002 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,679.23 | 7,447.93 |
| 04/10/13 | 010003 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 10.43 | 7,437.50 |
| 04/10/13 | 010004 | Heidner Property Management Company, Inc. c/o Christopher J Goluba 339 Wall Street, Unit H Glendale Heights, IL 60139 | Claim 000001, Payment 14.31834% (1-1) modified on 5/16/2011 to correct creditor address per claim, FR | 7100-000 | | 3,346.86 | 4,090.64 |
| 04/10/13 | 010005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 14.31823% | 7100-900 | | 589.51 | 3,501.13 |
| 04/10/13 | 010006 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | Claim 000003, Payment 14.31834% | 7100-000 | | 565.45 | 2,935.68 |
| 04/10/13 | 010007 | Citibank, N.A. 701 East 60th Street North Sioux Falls, SD 57117 | Claim 000004, Payment 14.31831% | 7100-000 | | 1,140.97 | 1,794.71 |

Page Subtotals 9,157.80 7,363.09

Ver: 17.02c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-06751 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | LEE, TAE HYUNG | | Bank Name: | ASSOCIATED BANK |
| | LEE, SEON AH | | Account Number / CD #: | *******2861  Checking |
| Taxpayer ID No: | *******9662 | | | |
| For Period Ending: | 05/20/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/10/13 | 010008 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000005, Payment 14.31843% | 7100-900 | | 802.28 | 992.43 |
| 04/10/13 | 010009 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000006, Payment 14.31834% | 7100-900 | | 992.43 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,157.80 | 9,157.80 | 0.00 |
| Less: Bank Transfers/CD's | 9,157.80 | 0.00 | |
| Subtotal | 0.00 | 9,157.80 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,157.80 | |

Page Subtotals    0.00    1,794.71

Ver: 17.02c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-06751 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | LEE, TAE HYUNG | | Bank Name: | BANK OF AMERICA |
| | LEE, SEON AH | | Account Number / CD #: | *******5847 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9662 | | | |
| For Period Ending: | 05/20/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/04/11 | 16 | Lee, Tae & Seon | Tax Refund-Federal | 1224-000 | 8,338.05 | | 8,338.05 |
| 05/04/11 | 16 | Lee, Tae & Seon | Income Tax Refund-State | 1224-000 | 953.00 | | 9,291.05 |
| 05/31/11 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 9,291.11 |
| 06/30/11 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,291.19 |
| 07/29/11 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,291.26 |
| 08/31/11 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,291.34 |
| 09/30/11 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,291.42 |
| 10/31/11 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,291.50 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.84 | 9,279.66 |
| 11/30/11 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,279.74 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.44 | 9,268.30 |
| 12/30/11 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,268.38 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.43 | 9,256.95 |
| 01/31/12 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,257.03 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.14 | 9,244.89 |
| 02/29/12 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,244.96 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.99 | 9,233.97 |
| 03/30/12 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,234.05 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.35 | 9,222.70 |
| 04/05/12 | 000101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 8.02 | 9,214.68 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/30/12 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,214.76 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.71 | 9,203.05 |
| 05/31/12 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,203.13 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.69 | 9,191.44 |
| 06/29/12 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,191.51 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.92 | 9,180.59 |

Page Subtotals     9,292.12     111.53

Ver: 17.02c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Page: 4

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-06751 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | LEE, TAE HYUNG | Bank Name: | BANK OF AMERICA |
| | LEE, SEON AH | Account Number / CD #: | *******5847  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9662 | | |
| For Period Ending: | 05/20/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | 17 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,180.67 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.04 | 9,168.63 |
| 08/30/12 | 17 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 9,168.70 |
| 08/30/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 10.90 | 9,157.80 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,157.80 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,292.27 | 9,292.27 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 9,157.80 | |
| Subtotal | 9,292.27 | 134.47 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 9,292.27 | 134.47 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2861 | 0.00 | 9,157.80 | 0.00 |
| Money Market Account (Interest Earn - ********5847 | 9,292.27 | 134.47 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,292.27 | 9,292.27 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.15         9,180.74

Ver: 17.02c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*